**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1385**

———————

KEITH ROBERTSON,

Plaintiff - Appellant,

versus

ERLINDA MARTINEZ, Internal Revenue Service,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-01-3854-WMN)

———————

Submitted:  May 16, 2002              Decided:  May 22, 2002

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Keith Robertson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Keith Robertson appeals the district court's order denying his motion to reconsider the court's prior order dismissing Robertson's 42 U.S.C.A. § 1983 (West Supp. 2001), action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Robertson v. Martinez, No. CA-01-3854-WMN (D. Md. Feb. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2